In the Matter of the Administration of the Estate of ROSE T. MOSHER, Deceased.

ELIZABETH SARLES, Appellant; JOHN WALSH, as Executor of ROSE T. MOSHER, Deceased, Respondent.

*Matter of Mosher*, 103 App. Div. 459, affirmed.
(Submitted April 26, 1906; decided May 15, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1905, which reversed a judgment in favor of appellant herein entered upon the report of a referee, and granted a new trial of a claim against the estate of Rose T. Mosher,

deceased, for alleged services rendered to such deceased prior to her death, which claim had been rejected by the executor.

*George W. McKenzie* for appellant.

*Rufus L. Weaver* and *Martin J. Earley, Jr.*, for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.